# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID GONZALES,<br><br>                              Plaintiff,<br><br>v.<br><br>FPI MANAGEMENT, INC., et al.,<br><br>                              Defendants. | Case No. 3:24-cv-00361-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 11 |

Before the court is Plaintiff's Motion for Extension of Time to File Proof of Service. (ECF No. 11.)

Good cause appearing, Plaintiff's Motion for Extension of Time to File Proof of Service (ECF No. 11) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, December 16, 2024,** in which to effect service.

**IT IS SO ORDERED.**

DATED: November 14, 2024.

_____
Craig S. Denney
United States Magistrate Judge