ERIC R. NEWMARK, ESQ.
Nevada State Bar No.: 12054
**KARSAZ LAW**
6276 S. Rainbow Blvd., Ste. 120
Las Vegas, NV 89118
Phone: (702) 635-9886
Fax: (702) 802-3880
enewmark@karsaz-law.com
*Attorney for Defendant FPI Management, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID GONZALES<br><br>Plaintiff,<br><br>vs.<br><br>FPI MANAGEMENT, INC.; GRUPE PROPERTIES, INC.; NEW LOFT 205 APARTMENTS, LLC<br><br>Defendants | CASE NO.: 3:24-cv-00361-ART-CSD |

**MOTION FOR EXTENSION OF TIME TO FILE
A RESPONSIVE PLEADING PURSUANT TO RULE 6(b)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW the Defendant FPI Management, Inc., by and through its counsel of record, Eric R. Newmark, Esq. of KARSAZ LAW, and for its Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint (ECF #1) pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, states:

1. That the Plaintiff filed his Complaint on August 13, 2024 (ECF #1); summons was issued as to Defendant FPI Management, Inc. on August 16, 2024 (ECF #3).

2. That the Plaintiff effectuated service of pleadings as to Defendant FPI Management, Inc. on November 8, 2024, via Defendant's registered agent (ECF #13).

3. That Defendant FPI Management, Inc's deadline to file a responsive pleading was December 2, 2024, based on Plaintiff's service of the pleadings on November 8, 2024.

4. That In advance of this responsive pleading deadline, Defendant FPI Management, Inc (through counsel) communicated with Plaintiff twice in effort to meet and confer on Defendant's request for an extension of time to file a responsive pleading. No response was received as to the initial request made November 26, 2024; a response denying such request in its entirety was received from Plaintiff after business hours on the responsive pleading deadline.

5. That Defendant FPI Management, Inc needs additional time to review the Complaint and evaluate the complicated and somewhat confusing allegations contained therein before preparing a proper responsive pleading.

6. That Defendant FPI Management, Inc's delay in filing a responsive pleading was largely due to such deadline falling immediately after a major holiday – and a shortened week for which many employees were out of office and traveling. The setting of the responsive pleading deadline coinciding with the holiday was outside of Defendant FPI Management, Inc.'s control.

7. That This Motion is being brought timely with minimal delay, so as to minimize its impact on the overall litigation and potential prejudice to Plaintiff. In light of the Court's order providing Plaintiff through December 16, 2024, to effectuate service, such impact and potential prejudice appears to be nominal (ECF #11).

8. That Defendant FPI Management, Inc is requesting an additional fourteen (14) days or until December 16, 2024, to file a response pleading.

1  WHEREFORE, Defendant FPI Management, Inc prays that this Court enter an Order granting Defendant FPI Management, Inc an additional fourteen (14) days or up to and including December 16, 2024, to file a responsive pleading.

Dated: December 3, 2024

**KARSAZ LAW**

By: /s/ Eric R. Newmark
_____
ERIC R. NEWMARK, ESQ.
Nevada State Bar No.: 12054
*Attorney for Defendant FPI Management, Inc.*

IT IS SO ORDERED.

DATED: December 4, 2024.

_____
Craig S. Denney
United States Magistrate Judge