# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID GONZALES,

     Plaintiff

v.

FPI MANAGEMENT, INC., et al.,

     Defendants

Case No.: 3:24-cv-00361-ART-CSD

**Order**

Re: ECF Nos. 38, 39, and 41

Plaintiff filed a motion for leave to amend, first amended complaint (FAC), and motion to backdate the FAC because it was filed a day late due to technical difficulties. (ECF Nos. 38, 39, 41.) Defendants did not oppose the motions.

The failure to oppose a motion constitutes consent to granting the motion. LR 7-2(d). Therefore, Plaintiff's motions (ECF Nos. 38, 41) are **GRANTED**. The FAC (ECF No. 39) is now the operative complaint. Defendants have until **July 23, 2025,** to answer or otherwise respond to the FAC.

**IT IS SO ORDERED**.

Dated: July 2, 2025

_____
Craig S. Denney
United States Magistrate Judge